# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LARRY P. SAMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1683

_____

January 28, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Larry P. Sampson, pro se.

PER CURIAM.

 Affirmed.

LUCAS, C.J., and NORTHCUTT and KELLY, JJ., Concur.

_____

Opinion subject to revision prior to official publication.